UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

PGA FLYOVER CORPORATE PARK LLC,

Chapter 11
Case No. 13-18701-EPK

Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), debtor-in-Possession, PGA Flyover Corporate Park LLC ("**PGA Flyover**") files this Chapter 11 Case Management Summary, and states:

The following data represents approximations for background information only and the information may represent PGA Flyover's best estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):**

   On April 17, 2013, PGA Flyover commenced the Bankruptcy Case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. **Names, case numbers and dates of filing of related debtors:**

   None.

3. **Description of debtor's business:**

   PGA Flyover was formed for the purpose of acquiring and developing a combined 15.738-acre parcel of land, which is developed with a mixed-use development known as PGA Professional and Design Center. The property consists of two separate tracts of land, known as Pod A, owned by PGA Flyover, and Pod C, owned by non-debtor PGA Transportation. Pod A (the PGA Flyover Property) is 10.194 acres, and includes an existing 432-space parking garage and 33,082 square feet of commercial office space. Two other office buildings are located on Pod A, but are not owned by PGA Flyover, and are not included in the acreage totals. The Pod A property also has a site plan that contemplates three additional office buildings. PGA Transportation owns Pod C, which is an irregularly shaped, 6.96-acre parcel of land (including a lake) planned for development with 110,000 square feet of office space. The PGA Professional and Design Center is located on the Southeast quadrant of PGA Boulevard and RCA Boulevard in Palm Beach Gardens, an attractive location with strong development potential.

   For a more detailed description of PGA Flyover, its operations, and its assets and liabilities, PGA Flyover respectfully refers the Court and parties-in-interest to the *Affidavit of Daniel S. Catalfumo in Support of First Day Motions* being filed simultaneously with this filing.

4. **Locations of debtor's operations and whether the business premises are leased or owned:**

   PGA Flyover operates its business out of 3701 Catalfumo Way South, Palm Beach Gardens, Florida.

5. **Reasons for filing chapter 11:**

   PGA Flyover commenced this Bankruptcy Case in order to satisfy 100% of its liabilities in full, on an expedited basis, with payments in both Cash and property (including the PGA Flyover Property, the PGA Transportation Property, and the Additional Property, all of which BBX Capital Asset Management, LLC ("BBX") has sued to recover), and to resolve the wasteful scorched earth litigation tactics engaged in by BBX, the current owner of a final judgment of $40,933,342.95 entered on September 28, 2011 (the "Judgment"). Although BBX has aggressively pursued collection of the Judgment, through proceedings supplementary in the State Court and related litigation in the Cayman Islands, the Island of Jersey, and South Carolina, with extensive discovery and litigation that consumes all of the time and attention of PGA Flyover and its management (including the Plan Sponsor) on a daily basis, BBX has not moved forward on the foreclosure lawsuits filed on October 25, 2011, which BBX has allowed to languish for "strategic" reasons. BBX holds the first mortgage on original collateral given to Bank Atlantic by PGA Flyover and non-debtor affiliate PGA Transportation, which BBX carried on its books in 2012 for $15 million and which collateral has been repeatedly offered to BBX at fair value, but which BBX has refused to take without significant discount.

   PGA Flyover intends to move to confirmation of its 100% Plan as expeditiously as possible, in order to fully and finally resolve the vexatious, costly and time-consuming litigation with BBX. Confirmation of the 100% Plan will make all the pending litigation moot, since BBX and other creditors will all be satisfied in full through the Plan.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

   | Directors and Officers | Salaries |
   | --- | --- |
   | Daniel S. Catalfumo (Manager) | $0 |

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

   2013 -- $164, 272.95 (year to date)

   2012 -- $565,062.99

8. **Amounts Owed to Certain Creditors:**

   a. <u>Obligations owed to priority creditors including priority tax obligation</u>

   See PGA Flyover's Schedules filed concurrently in this bankruptcy case.

   b. <u>With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims</u>, and

   See PGA Flyover's Schedules filed concurrently in this bankruptcy case.

   c. <u>Amount of unsecured claims</u>:

   See PGA Flyover's Schedules filed concurrently in this bankruptcy case.

9. **General description and approximate value of the debtor's assets:**

   See PGA Flyover's Schedules filed concurrently in this bankruptcy case.

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

|  | Insurance | Insurance | Insurance |
|---|---|---|---|
| Type of Policy | Property Insurance | Personal Liability | Umbrella Liability |
| Policy # | MZI93021652 | SC0065034000129 | UM4433561 |
| Extent of Coverage | AGCS Marine Insurance Company | Mesa Underwriters Specialty Insurance Company | Great American Insurance |
| Is the Premium Current? | Yes | Yes | Yes |
| Expiration Date of Policy | 8/1/2013 | 3/28/2014 | 3/28/2014 |

11. **Number of employees and amounts of wages owed as of petition date:**

    None.

12. **Status of debtor's payroll and sales tax obligations, if applicable:**

    The Debtor has no payroll and is current on its sales tax obligations.

**13. Anticipated emergency relief to be requested within 14 days from the petition date:**

(i) Application to Employ Shraiberg, Ferrara & Landau, P.A. as General Bankruptcy Counsel;

(ii) Motion for use of Cash Collateral;

(iii) Motion for Preliminary Injunction;

(iv) Motion to Conditionally Approve Disclosure Statement; and

(v) Motion to Shorten Claims Bar Date for all Creditors Except a Governmental Unit.

Dated: April 17, 2013.

PGA FLYOVER CORPORATE PARK LLC

By: _____
Daniel S. Catalfumo, Manager

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 17th day of April, 2013.

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Proposed Attorneys for Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: bshraiberg@sfl-pa.com

By: /s/ Bradley S. Shraiberg
Bradley S. Shraiberg
Fla. Bar No. 121622